THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND R. CLEMENS, Defendant-Appellant.

(No. 57351;

First District (4th Division)—June 12, 1974.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago (John Moran, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Daniel F. Murray, Assistant State's Attorneys, of counsel), for the People.